# United States District Court



**SOUTHERN DISTRICT OF MISSISSIPPI**

**GARY S. MANN**
Chief Probation Officer

**JACKSON OFFICE**
317 East Capitol Street, Suite 200
Jackson, Mississippi 39201-9914
TEL: (601) 965-4447
FAX: (601) 965-4508

Reply to:   **JACKSON**

**HATTIESBURG OFFICE**
701 North Main Street, Suite 320
Hattiesburg, Mississippi 39401-3471
TEL: (601) 582-5256
FAX: (601) 582-5262

**GULFPORT OFFICE**
2010 15th Street
Gulfport, Mississippi 39501-2022
TEL: (228) 563-1850
FAX: (228) 563-1870

October 25, 2006



RECEIVED
OCT 31 2006
U S PROBATION
JACKSON, MS

Honorable David C. Bramlette
Senior United States District Judge
P. O. Box 928
Natchez, MS 39121

RE:  **Christrine Gibbs**
**Docket Number: 5:05cr24DCB-AGN-001**
**Violation Report - No Court Action**
**Required**

Dear Judge Bramlette:

The above-named offender was sentenced by Your Honor October 3, 2005, for violation of 18 U.S.C. § 641, Theft of Federal Funds. She was sentenced to five months custody of the Federal Bureau of Prisons, with three years supervised release to follow. Special conditions include participation in the home confinement program for five months, and payment of restitution in the amount of $111,433.38. Gibbs released April 14, 2006 and began her three-year term of supervised release.

This officer confirmed through Gibbs' medical records she had surgery May 17, 2006, was diagnosed with Metastatic Adenocarcinoma, and began a regimen of radiation therapy. On July 13, 2006, this officer sent a letter to the Court requesting the condition of home confinement be held in abeyance until Gibbs' medical treatment was completed. Gibbs continues to receive radiation treatment which is incompatible with the radio frequency of the electronic monitoring device.

Additionally, Gibbs has been unable to work due to her medical condition and has made no payment toward her restitution. It is this officer's recommendation the electronic monitoring condition continue to be held in abeyance until radiation treatment is completed. This officer also recommends no action be taken on her failure to pay restitution.

Honorable David C. Bramlette
October 25, 2006
Page 2

    If Your Honor concurs with this recommendation, please sign below in the space provided. If Your Honor desires a difference course of action, please call me at your earliest convenience, at (601) 965-4447.

                        Respectfully submitted,

                        David Dunn
                        U. S. Probation Officer

Reviewed and Approved:

Martha S. Gardner
Supervising U. S. Probation Officer

DD/ebo

✓       I agree with the recommendation to allow the offender's home confinement condition to be held in abeyance, and no action be taken at this time for her failure to pay restitution.

_____       Please call me to discuss this matter.

David C. Bramlette, Senior U. S. District Judge       10/27/06
                                                                        Date